# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Michel Vogl | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 16-17802 sr |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE, NO RESPONSE AND REQUEST FOR ENTRY AND ORDER APPROVING THE APPLICATION FOR COMPENSATION

I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify as follows:

1. If the foregoing Application for Allowance of Debtor's Counsel for Allowance of Compensation ("the Application") was not served upon the persons below by electronic means pursuant to L.B.R. 2005 and Paragraphs 2c of this Court's Standing Order dated April 1, 2003, as amended, I served the Application by first class mail, postage prepaid, or electronic means, on the following persons, and the Debtor on the date set forth below:

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street
Philadelphia, PA 19107

Michel Vogl
85 Old Forge Crossing
Devon, PA 19333

2. I served a copy of the Notice of Application on all interested parties by first class mail, postage prepaid on the date set forth below.

3.  No answer or other response has been served upon me since the date of service.

    WHEREFORE, the Debtor's counsel requests that the Court approve the Application and allow the compensation as requested.

Date of Service:  June 28, 2017

Date: 07/18/17                                           /s/ Michael G. Deegan
                                                                               Michael G. Deegan, Esquire
                                                                               134 West King Street
                                                                               Malvern, PA 19355
                                                                               (610) 251-9160
                                                                               (610) 251-0205 - Fax
                                                                               Counsel for Debtor