United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michel A Vogl  
    Debtor

Case No. 16-17802-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jul 20, 2017  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db         +Michel A Vogl,    85 Old Forge Crossing,    Devon, PA 19333-1119  
aty       +Michael Deegan,    134 West King Street,    Malvern, PA 19355-2412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         MICHAEL G. DEEGAN    on behalf of Attorney Michael    Deegan mgdeegan@comcast.net  
         MICHAEL G. DEEGAN    on behalf of Debtor Michel A Vogl mgdeegan@comcast.net  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com  
                                                                            TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re:  Michel Vogl | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 16-17802 sr |
| | : | |
| | : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2017 upon consideration of the Application for Compensation ("the Application") filed by the debtor's counsel, Michael G. Deegan, Esquire, ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the applicant in the amount of $3,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) the allowed compensation set forth in ¶2, less $1,500.00 which was paid by the debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan..

United States Bankruptcy Judge
**STEPHEN RASLAVICH**

**Dated: July 20, 2017**