### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Michel Vogl                :       Chapter 13
                                   :
          Debtor(s)                :
                                   :
                                   :       Case No. 16-17802
                                   :
                                   :

### DEBTORS' ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE HONORABLE, UNITED STATES BANKRUPTCY JUDGE:

The Debtor , Michel Vogl, (hereinafter ("Debtors") by and through his attorney, Michael G. Deegan, Esquire hereby responds to WSFS' Motion for Relief from the Automatic Stay in support thereof states the following:

1. Denied for lack of sufficient knowledge or information to form a belief as to the truth of the allegation.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied for lack of sufficient knowledge or information to form a belief as to the truth of the allegation.

7. Denied as a conclusion of law.

8. Denied for lack of sufficient knowledge or information to form a belief as to the

truth of the allegation.

    9.    Denied for lack of sufficient knowledge or information to form a belief as to the truth of the allegation.

    10.    Denied for lack of sufficient knowledge or information to form a belief as to the truth of the allegation.

    11.    Denied as a conclusion of law.

    12.    Denied as a conclusion of law.

    13.    Denied for lack of sufficient knowledge or information to form a belief as to the truth of the allegation.

    14.    Denied as a conclusion of law.

WHEREFORE, the Debtor requests this Honorable Court Order deny WSFS' Motion for Relief from the Automatic Stay or such other relief that this Court deems just and proper.

Date: 10/16/17

/s/ Michael G. Deegan
Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
(610) 251-9160
(610) 251-0205 - Fax
Counsel for Debtor