# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michel A Vogl <br> _Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 16-17802 jkf |
| Michel A Vogl <br> _Debtor(s)_ | |
| Frederick L. Reigle <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation and reviewed the papers filed in connection therewith, including the Certificate of No Objection. It is hereby:

ORDERED that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant or its successor or assignee with respect to the 2011 TOYOTA RAV4 with VIN #: 2T3DK4DV2BW042497. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 9th day of January, 2018.

_____
United States Bankruptcy Judge

cc: See attached service list

Michel A Vogl
85 Old Forge Crossing
Devon, PA 19333

Michael G. Deegan
134 W. King Street
Malvern, PA 19355

Polly A. Langdon
Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532