United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michel A Vogl  
    Debtor

Case No. 16-17802-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jan 10, 2018  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
db         +Michel A Vogl,   85 Old Forge Crossing,   Devon, PA 19333-1119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:  
         CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         MICHAEL G. DEEGAN   on behalf of Debtor Michel A Vogl mgdeegan@comcast.net  
         MICHAEL G. DEEGAN   on behalf of Attorney Michael   Deegan mgdeegan@comcast.net  
         POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD MILLER   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                                                                                    TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michel A Vogl<br>_Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs.<br>Michel A Vogl<br>_Debtor(s)_ | NO. 16-17802 jkf |
| Frederick L. Reigle<br>_Trustee_ | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation and reviewed the papers filed in connection therewith, including the Certificate of No Objection.  It is hereby:

ORDERED that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant or its successor or assignee with respect to the 2011 TOYOTA RAV4 with VIN #: 2T3DK4DV2BW042497.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 9th day of January, 2018.

_____
United States Bankruptcy Judge

cc: See attached service list

Michel A Vogl
85 Old Forge Crossing
Devon, PA 19333

Michael G. Deegan
134 W. King Street
Malvern, PA 19355

Polly A. Langdon
Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532