M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| In Re: <br>     Michel A. Vogl <br>         Debtor | Chapter 13 <br><br> Case Number: 16-17802-JKF |
|---|---|

## ORDER

AND NOW, this __25th__ day of __January, 2018__, ~~2017~~, upon the motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (hereinafter "Movant") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (~~and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel~~), it is ORDERED ~~AND DECREED~~ that Movant, (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 85 Old Forge Crossing, Devon, PA 19333.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon