United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17802-jkf
Michel A Vogl                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Antoinett        Page 1 of 1              Date Rcvd: Jan 26, 2018
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db             +Michel A Vogl,    85 Old Forge Crossing,    Devon, PA 19333-1119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
      CHRISTOPHER M. MCMONAGLE   on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
      Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
      cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
      bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
      Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
      bkgroup@kmllawgroup.com
      MICHAEL G. DEEGAN   on behalf of Debtor Michel A Vogl mgdeegan@comcast.net
      MICHAEL G. DEEGAN   on behalf of Attorney Michael   Deegan mgdeegan@comcast.net
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
      Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
      wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                             TOTAL: 9

M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| In Re: | |
|---|---|
| Michel A. Vogl<br>Debtor | Chapter 13 |
| | Case Number: 16-17802-jkf |

### ORDER

AND NOW, this 25th day of January, 2018, upon the motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (hereinafter "Movant") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court, it is ORDERED that Movant, (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 85 Old Forge Crossing, Devon, PA 19333.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon