UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

MICHEL A VOGL

                                                     : Bankruptcy No. 16-17802JKF
     Debtor(s)                         : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: July 11, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL G DEEGAN ESQ
134 W KING ST
MALVERN PA 19355-

MICHEL A VOGL
85 OLD FORGE CROSSING
DEVON,PA.19333