United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17802-jkf
Michel A Vogl                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 2              Date Rcvd: Jul 11, 2018
                               Form ID: pdf900           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
```
db            +Michel A Vogl,    85 Old Forge Crossing,    Devon, PA 19333-1119
aty           +Michael Deegan,    134 West King Street,    Malvern, PA 19355-2412
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,     9990 Richmond Avenue,   Suite 400 South,
                Houston, TX 77042-4546
13819759      +Anthony Vogl,    4594 Fox Hunters Road,    Harrington, DE 19952-3519
13819760      +Anthony Vogle,    4594 Fox Hunters Road,    Harrington, DE 19952-3519
13819761      +Citicards,    PO Box 6241,    Sioux Falls, SD 57117-6241
13819762       Citicards CBNA,    701 East 6oth Street, N,    Sioux Falls, SD 57104
13819764      +DSNB/Macys,    PO Box 8218,    Mason, OH 45040-8218
13907942       Department Store National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
14024863      +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13819765      +Old Forge Crossing Condo Assoc.,    1027 North Valley Forge Road,    Devon, PA 19333-1105
13833163      +Old Forge Crossing Condominium Association,    1027 Valley Forge Road,    Devon PA 19333-1105
13819766      +Phelan, Hallinan & Schmieg,    1600 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-2852
13819767     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     5005 N. River Boulevard, NE,
                Cedar Rapids, IA 52411-6634)
13838074      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13819768      +Trumark Financial Credit Union,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
13819770      +Wells Fargo Bank,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
13819769      +Wells Fargo Bank,    PO Box 31557,    Billings, MT 59107-1557
13841543       Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
13836829       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
                Eagan, MN 55121-7700
13885889      +Wilmington Savings Fund,    Society, FSB, d/b/a Christiana Trust,    Matteo S. Weiner, Esquire,
                KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13881340      +Wilmington Savings Fund Society FSB,    dba Christiana Trust not indiv but trus,
                for Pretium Mortgage Acquisition Trust,    c/o Selene Finance LP, 9990 Richmond,
                Ave, Ste 400 S, Houston, TX 77042-4559
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:47     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2018 02:40:25
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2018 02:40:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 02:42:34     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13819763       E-mail/Text: mrdiscen@discover.com Jul 12 2018 02:40:05     Discover Bank,    PO Box 15316,
                Wilmington, DE 19850-5316
13824297       E-mail/Text: mrdiscen@discover.com Jul 12 2018 02:40:05     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
13872943      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 02:53:10
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13836534      +E-mail/Text: dbogucki@trumark.org Jul 12 2018 02:41:02     Trumark Financial Credit Union,
                335 Commerice Drive,    PO Box 8127,   Ft. Washington Pa 19034-8127
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13838075*     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
14020338*     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Jul 11, 2018
                              Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:

```
            CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
             Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
             cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
             bkgroup@kmllawgroup.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
             Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
             bkgroup@kmllawgroup.com
            MICHAEL G. DEEGAN    on behalf of Debtor Michel A Vogl mgdeegan@comcast.net
            MICHAEL G. DEEGAN    on behalf of Attorney Michael   Deegan mgdeegan@comcast.net
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
             Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
             wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

MICHEL A VOGL

                                                                : Bankruptcy No. 16-17802JKF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: July 11, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL G DEEGAN ESQ
134 W KING ST
MALVERN PA 19355-

MICHEL A VOGL
85 OLD FORGE CROSSING
DEVON,PA.19333